IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **MERRELL HOBBS** | : | No. 10-620-02 |

**O R D E R**

**AND NOW**, this 12th day of July, 2012, upon consideration of Defendant's, Merrell Hobbs', Motion for Discovery of Confidential Informants (Doc. No. 173), Motion to Suppress out of Court Identifications (Doc. No. 175), Motion to Strike Surplusage from Indictment (Doc. No. 176)[1], Motion to Sever (Doc. No. 179) and Motion to Suppress Statements (Doc. No. 189), the Government's Response thereto (Doc. No. 375), and following an evidentiary hearing on Tuesday, May 15, 2012 and Wednesday, May 16, 2012 with all counsel, it is hereby ORDERED that the motions are **DENIED** for the reasons set forth in my accompanying memorandum.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] As stated in my accompanying memorandum, the Defendant's motion to strike the use of his alias is denied without prejudiced to be raised again at trial.